UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUISE THOMAS,<br><br>        Petitioner,<br><br>    v.<br><br>DAWN DAVISON,<br><br>        Respondent. | Case No. CV 06-3922 VBF (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition without prejudice

DATED:  March 29, 2010

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States District Judge