UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LOUISE THOMAS, | ) | Case No. CV 06-3922 VBF (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| DAWN DAVISON, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 29, 2010

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge